The People of the State of New York, Respondent, v. Emelio Morelli, Appellant.— Judgment and order of the County Court of Kings county affirmed. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Caroline E. Rasch, Respondent, v. Nassau Electric Railroad Company and The Brooklyn Heights Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Michael Schaefer and Joseph Laux, Copartners, etc., Respondents, v. Henry G. Kress, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Isidore Shafran and Harry Schwartz, Respondents, v. Moses Cohen and Benjamin Cohen, Appellants.— Judgment of the Municipal Court modified by deducting therefrom the sum of ten dollars and eighty cents, and as so modified affirmed, without costs in this court to either party. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harry G. Smith, Respondent, v. William Koster, Jr., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Clinton Spader, Respondent, v. Otto Singer, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff was not in the employ of the defendant, as the first negotiation was ended, and the plaintiff did not procure the exchange. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Raphael Weill, Respondent, v. Levi C. Weir, as President of the Adams Express Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Emilia Zengel, Appellant, v. Kathryne G. Doremus and Others, Respondents. — There has been nothing to prevent the plaintiff from having the premises readvertised, as directed in the order. Order affirmed, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Charles La Rue, Appellant, v. Frederick J. Wheeler, Respondent.— Motion granted, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Jacob Shapiro, Respondent, v. Jennie Grodnick, Appellant.— Motion granted, with ten dollars costs, unless the defendant perfect her appeal, place the cause on the calendar in time for the next term of this court and be ready for argument when reached, in which case the motion is denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Ernst Smith, Appellant, v. Emilie C. Stork, and Reba Tyler Jackson, as Administratrix, etc., of Susan M. Van Namee, Deceased, Respondents.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.